**DISMISS; Opinion issued April 9, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

### No. 05-12-00998-CR
_____

**KEVIN DEWAYNE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 28935-422**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Francis

A jury found Kevin Dwayne Edwards guilty of possession with intent to deliver methamphetamine in an amount of four grams or more but less than 200 grams and evading arrest or detention using a motor vehicle, as alleged in one indictment. Thereafter, appellant entered an agreement as to punishment with the State. The trial court followed the agreement and sentenced appellant to imprisonment for nineteen years for the methamphetamine offense and one year in a state jail for the evading offense. Appellant waived his right to appeal as part of the punishment agreement, as is reflected on the trial court's certifications of appellant's right to appeal that were signed by appellant and his attorney. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). Appellant filed a "petition" seeking permission to appeal, which the trial court heard along with appellant's motion for new trial. At the conclusion of the hearing, the

trial court denied appellant's request for permission to appeal. On July 2, 2012, the trial court signed an order denying appellant permission to appeal. Appellant's waiver of his right to appeal leaves us without jurisdiction. *See Blanco*, 18 S.W.3d at 219–20.

We dismiss the appeal for want of jurisdiction.


/Molly Francis/
MOLLY FRANCIS
JUSTICE


Do Not Publish
Tex. R. App. P. 47
120998F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN DEWAYNE EDWARDS, Appellant

No. 05-12-00998-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 28935-422.
Opinion delivered by Justice Francis,
Justices Lang and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered April 9, 2013.

/Molly Francis/
MOLLY FRANCIS
JUSTICE